AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)  ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| United States of America | |
| v. | Case No.  2:22-mj-02263-DUTY |
| KEITH SHAZAD MALIK, | |
| Defendant | |

**LODGED**
CLERK, U.S. DISTRICT COURT
6/8/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ cd ___ DEPUTY

**FILED**
CLERK, U.S. DISTRICT COURT
6/8/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ bm ___ DEPUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 13, 2021, in the county of Los Angeles in the Central District of California, the

defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 875(c) | Transmitting Threatening Communications in Interstate Commerce |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
*/s/ Dan Eggensammer*
*Complainant's signature*

Daniel Eggensammer, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:     June 8, 2022
_____
*Judge's signature*

City and state:   Los Angeles, California
Hon. Jean P. Rosenbluth, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

I, DANIEL EGGENSAMMER, being duly sworn, declare and state as follows:

## I.   INTRODUCTION

1.   I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since August 2021.  I am currently assigned to the Violent Crimes squad at the FBI Long Beach Resident Agency.  My training has included, but is not limited to, learning a wide array of investigative tools, operational skills, firearms, interviewing techniques, case development and working in direct relation to FBI Special Agents who oversee cases such as interstate threatening communication and aggravated sexual assaults on children.  I have seen first-hand and have spoken with them about the investigative tools and resources that are best suited for these types of investigations.  My responsibilities with the FBI include, but is not limited to, the investigation of extortion, aggravated threats, bank robberies, kidnapping, fugitives, drug cases, and violent gangs within the Central District of California.  From January 2020 to July 2021, I was employed as a Special Agent with the Drug Enforcement Administration ("DEA") in San Juan, Puerto Rico.  While with the DEA, I was responsible for investigating drug trafficking organizations along America's southeast border.  From July 2018 to January 2020, I was employed as an Operation Support Technician within the FBI Chicago Field Office.  While in this

1

role, I assisted in critical incidents and crisis management situations.

2.     I have participated in numerous federal investigations throughout my career with the DEA and FBI.  I have also participated in the execution of numerous search and arrest warrants conducted by both the FBI and the DEA.

## II. PURPOSE OF AFFIDAVIT

3.     This affidavit is made in support of a criminal complaint against Keith Shazad MALIK ("MALIK") for a violation of 18 U.S.C. § 875(c): Transmitting Threatening Communications in Interstate Commerce.
The information contained herein is based on my participation in this investigation and my training and experience, as well as my conversations with other law enforcement officers and my review of various law enforcement documents.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## III. BACKGROUND ON TERMS RELATED TO INTERSTATE THREATS INVESTIGATIONS

4.     The following terms have the indicated meaning in this affidavit:

a.     The term "email" (electronic mail) is defined as the messages sent from one person to another via a computer.

2

Email may also include files sent as attachments to or embedded within text messages.  Email can also be sent automatically to a large number of addressed via a mailing list.

b.    The term "Internet" is defined as the worldwide network of computers—a noncommercial, self-governing network devoted mostly to communication and research with roughly 500 million users worldwide.  The Internet is not an online service and has no real central hub.  It is a collection of computer networks, online services, and single user components.  In order to access the Internet, an individual computer or digital device user must use an access provider, such as a university, employer, or commercial Internet Service Provider ("ISP"), which operates a host computer with direct access to the Internet.

c.    The term "Internet Protocol" ("IP") is defined as the primary protocol upon which the Internet is based.  IP allows a packet of information to travel through multiple networks (groups of linked computers) on the way to its ultimate destination.

d.    An internet Protocol address ("IP Address") is a unique numeric address used to connect to the Internet.  An IPv4 IP Address is a series of four numbers, each in the range 0-255, separated by periods (e.g., 121.56.97.178).  In simple terms, one computer in a home may connect directly to the Internet with an IP Address assigned by an ISP.  What is now more typical is that one home may connect to the Internet using multiple digital devices simultaneously, including laptops, tablets, smart phones, smart televisions, and gaming systems, by way of

3

example.  Because the home subscriber typically only has one
Internet connection and is only assigned one IP Address at a
time by their ISP, multiple devices in a home are connected to
the Internet via a router or hub.  Internet activity from every
device attached to the router or hub is utilizing the same
external IP Address assigned by the ISP.  The router or hub
"routes" Internet traffic so that it reaches the proper device.
Most ISPs control a range of IP Addresses.  The IP Address for a
user may be relatively static, meaning it is assigned to the
same subscriber for long periods of time, or dynamic, meaning
that the IP Address is only assigned for the duration of that
online session.  Most ISPs maintain records of which subscriber
was assigned which IP Address during an online session.

## IV. STATEMENT OF PROBABLE CAUSE

5.    Based on my review of law enforcement reports,
conversations with other law enforcement agents, and my own
knowledge of the investigation, I am aware of the following
information:

### A.    MALIK Harasses Victim A.A. by Email and Other Means for More Than Ten Years

6.    A.A. has known known MALIK since 2002.  A.A.'s
boyfriend at that time, E.N., introduced A.A. to MALIK while the
three were at college in Oregon.  A.A. and MALIK were
acquaintances until 2003 when A.A.'s relationship with E.N.
ended.  MALIK later began to email A.A. during A.A.'s senior
year in college.  After college, A.A. saw MALIK casually a

couple of times with groups of friends while A.A. and MALIK both lived in New York City.  In 2005, MALIK left New York for Berkeley, California, and sent A.A. a few emails in which MALIK implied that MALIK had romantic feelings for A.A.  After receiving those emails, A.A. ceased communication with MALIK.

7.   Four years later, in late 2009, MALIK sent A.A. an email to A.A.'s Gmail account.  Gmail is a free email service provided by Google.  The 2009 emails were sent from Gmail account keithmalik@gmail.com.  Following this initial email exchange, MALIK began a campaign of numerous harassing emails to A.A.'s Gmail account that continued unabated and with increasingly aggressive overtones over the next three years.  In February 2010, in addition to the ceaseless emails, MALIK began to call A.A. constantly until A.A had MALIK's phone number blocked.

8.   MALIK's emails made it clear that MALIK was using the Internet to obtain information about A.A., and that, based on this information, MALIK was convinced that A.A. was in love with MALIK, contrary to A.A.'s attempts to cease all contact. MALIK's emails were aggressive in tone and professed a desire to continue sending harassing emails to A.A. in perpetuity (e.g. "I am going to write you everyday the rest of your life"). Eventually, A.A. decided to save all future correspondence she received at her Gmail account from MALIK.[1]

---

[1] Unless otherwise specified, the emails from MALIK to A.A. were sent from keithmalik@gmail.com or keithshazadmalik@gmail.com to A.A.'s Gmail account.

9.    A.A. stopped responding to MALIK's emails.  However,
after a year of enduring this harassment, on September 19, 2010,
A.A. composed an email asking that MALIK "cease this incessant
emailing," stating in no uncertain terms that "I do not
reciprocate [your feelings] and I am not interested in
communicating with you."  MALIK immediately responded with "ok.
sorry," and then "I still go to therapy. Thanks for being clear.
This is my last email."

10.   Several months later, on January 28, 2011, A.A.
received an email from her former boyfriend, E.N.  E.N. stated
that MALIK had contacted E.N. about A.A.  E.N. said that E.N.
was "concerned" about MALIK's behavior, that MALIK had mentioned
A.A. in a manner that was "batshit nuts," and that E.N. felt a
"moral obligation" to write to A.A.  A.A. responded to E.N. that
A.A. had not heard from MALIK in a few months (since A.A.'s
September email) and that A.A. wished to stay out of it.

11.   A few days later, on February 10, 2011, A.A. received
an angry email from MALIK in which MALIK claimed A.A., "lead him
on via Facebook," that A.A. had "wound[ed]" MALIK.  From this
point forward, MALIK emailed A.A.'s Gmail account nearly every
day, often several emails a day, for the next few years.

12.   Sometime in 2011, MALIK sent a hand-written letter to
A.A. at A.A.'s place of work in New York.  Scared for her
safety, in 2011, A.A. visited an NYPD station and asked about
filing a restraining order.  A.A. was told that there was
nothing the police could do but file a report.

13.   MALIK continued to send voluminous emails to A.A. and also began sending physical parcels to A.A. and her family.  In the summer of 2012, MALIK sent a package to A.A.'s parents' home in New Jersey with a return address in Portland, Oregon.  A.A.'s parents never opened the package but instead took pictures and then returned it to the post office.

14.   On November 11, 2012, MALIK wrote an email to A.A. from keithmalik@gmail.com saying, "I may wait 1, 5, or 10 years, but be aware – I will gently and tenderly show up at your workplace or knock on your mother's door and ask her to apologize for you."

15.   MALIK later admitted sending something to A.A.'s family in an email to A.A.  On August 27, 2013, MALIK wrote: "I sent your mother a g-string (which she did not accept)."  A few months later (January 2013), A.A. again received two packages at A.A.'s place of work in New York, also with a return address in Portland, Oregon.  A.A. was not in the country to receive them. However, the department's administrator informed A.A. that one package was shaped like a life-sized, cardboard cutout of a human being.  Both packages were returned to sender.

16.   In 2013, MALIK's emails to A.A.'s Gmail account continued, during which time A.A. moved to Los Angeles and started a new job at a university in the area.  A.A. has resided in the Los Angeles area, within the Central District of California, from 2013 until the present.  Within months of A.A.'s move to the West Coast, MALIK's harassment began

7

escalating and MALIK indicated he would soon visit A.A.
personally.

17.  On January 13, 2013, A.A. received a text from an old
friend, E.K., regarding two emails E.K. had received from MALIK.
E.K. had never met MALIK and had no idea how MALIK found E.K.'s
email.  In the emails, MALIK provided a purchase receipt for a
flight from Los Angeles to Portland made in A.A.'s name.  The
subject of the email stated: "I will be very gentle. I promise."
In an email from August 2013, MALIK described the following
fantasy: "Come visit Portland and take me out to dinner. If it
goes very well, we can have a heated discussion about the
past…In a sauna."  In an email from April 2013, MALIK wrote: "I
put $5 in a jar every day I didn't smoke. To save up for a plane
ticket. I wanted nothing more than to see you or to hear your
voice , coming out of those panic attacks."

18.  In an email from August 2013, MALIK wrote: "[A.A], I
don't want you to be shocked.  but I wasn't joking.  Someday, I
will show up at your door, to listen to your apology.  I'll have
a white rose in hand."

19.  In 2013, MALIK sent countless hand-written haikus (365
by MALIK's own estimate) to faculty and staff at the university
where A.A. worked.  University police were notified by various
recipients who felt threatened and scared and feared that MALIK
was impersonating the actions of a serial killer.  As a result,
A.A. was asked to file a police report and to provide any
information on MALIK, including photographs should MALIK decide
to visit campus.

8

20.   From 2012 to 2014, MALIK sent emails to A.A.'s Gmail account that discussed committing unconsented to sexualized acts upon A.A., including acts of sexual assault.  In one email dated July 15, 2012, MALIK used a metaphor comparing himself and A.A. to coral fish in which he refers to the "small male" that "shoot[s] [his] sperm" into "the female eggs."  MALIK has also made the repeated claim in several emails to A.A., including one on March 24, 2014, that MALIK wants A.A. to have his baby. MALIK writes, "it's not a lot. My mother has an account with about a million, for baby-making. [A.A.], I want you to have my baby. We don't have to get married. But you'll be provided for. We'd have beautiful children. I want a love child. And I can't think of a better mother. K.s.m."

**B.     MALIK's Harassment Campaign Continues Even After A.A. Obtains a Restraining Order Against Him**

21.   On January 27, 2014, A.A. obtained a temporary restraining order against MALIK from a California state court. The order stated that MALIK must stay at least 50 yards away from A.A. and A.A.'s workplace.

22.   In February 2014, A.A. created a secondary personal Gmail email account to house all the unwanted and harassing emails from MALIK.  A.A. set up an automatic forwarding process within Gmail to automatically send all the harassing emails that MALIK sent to A.A.'s primary account from his two email addresses--keithmalik@gmail.com and keithshazadmalik@gmail.com-- straight to A.A.'s secondary Gmail account.  A.A. did this so she no longer had to see the messages from MALIK and be

9

traumatized by the daily emails.  A.A. has provided the FBI with access to this secondary email account in which she receives all the emails from MALIK.  As of May 23, 2022, A.A.'s secondary email account contains 2,926 emails from MALIK.  Since May 1, 2022, MALIK has sent 52 emails to A.A.'s secondary email account.

23.  Even after the arrest and restraining order, MALIK continued to send A.A. unwanted and harassing emails.  Even an earlier questioning by FBI agents did not deter MALIK from continuing his campaign of harassment against A.A.

24.  On March 3, 2014, FBI Special Agents interviewed MALIK at the Portland International Airport before MALIK was due to board an Alaska Airlines flight to Los Angeles.  In the interview, MALIK stated that he was going to Los Angeles to visit A.A.  MALIK confirmed to the FBI agents that MALIK indeed did receive the restraining order against him on February 13, 2014 via email.  FBI Special Agents instructed MALIK to not have any contact with A.A. and that MALIK would be arrested if MALIK had contact with A.A. while in Los Angeles.  MALIK decided on his own to not board the flight.  MALIK stated that MALIK would not have any further contact with A.A.  MALIK departed the Portland International Airport in a taxi.

25.  The next day, March 4, 2014, MALIK sent A.A. an email from Gmail account keithmalik@gmail.com explicitly referencing his encounter with the FBI at the airport the day before.  "I was about to board a plane to LA and was questioned by two FBI Agents. I did not catch the names of the FBI Agents at the

10

Portland Airport, prior to my flight to LA.  I was and was not taken by surprise."

26.  In the same email, MALIK referenced his earlier mailing of unsolicited poems to A.A. at the school where she worked.  "I had recently sent 365 haikus to a [school], to a professor whom I had spent 9 years in love with. She filed a police report and restraining order.  I think I was questioned and deterred, not because of the haikus or restraining order (isn't that detective territory?) but because I am a first generation half-pakistani, that had recently sent creative items to academic institutions, that was about to board a plane."

27.  In October 2014, MALIK came to A.A.'s campus and tried to visit A.A. at her workplace.  Fortunately, A.A. was not at work but was told MALIK visited A.A.'s department with a big backpack.  MALIK left white roses and handwritten notes. University staff and faculty notified campus security.  Police were ultimately able to track down MALIK and place him under arrest for violating the restraining order against him.

28.  On January 20, 2015, FBI Portland Special Agents received a hand-written letter from MALIK postmarked January 14, 2015.  In the letter, MALIK stated he was currently in the Los Angeles County jail and wants answers from the FBI to various concerns including suspicious persons, intelligence services and FBI plots.

C.    2021-2022: MALIK Threatens Victim A.A. with Sexual
      Violence

29.   In recent months, MALIK has expressed frustration with
A.A.'s refusal of his affections and has repeatedly threatened
A.A. with sexual violence.  On October 13, 2021, MALIK wrote an
email to A.A. from keithshazadmalik@gmail.com saying "the oath I
took with my father isn't too specific, he's wasn't a lawyer nor
am I; anal sex with [A.A.] and solitude is all he said… though
blood or butter… after a decade together or never at all… all
entirely open to my interpretation."

30.   On October 22, 2021, MALIK wrote an email to A.A. from
keithshazadmalik@gmail.com saying "without the peace, quiet, and
solitude required to heal from political violence I'm never not
going to want to butter [A.A.'s] asshole is what I know , the
moral imperative."

31.   On February 3, 2022, MALIK wrote an email to A.A. from
keithshazadmalik@gmail.com saying, "the only way to heal from
the degreadation and demoralization,the political
resocialization and subsequent rape , the exacerbation of
trauma, teh hubris of [A.A.'s family] is butter in [A.A.'s]
asshole."  MALIK later goes on to write, "the only catch there
is I am willing to sacrifice seeing A.A. again and her asshole
for $1,000,000 per year."

32.   On February 18, 2022, MALIK sent an email from
keithshazadmalik@gmail.com to A.A.'s Gmail account with the
subject "the first vein I've ever stabbed."  Within this email,
MALIK writes "ten years of being degraded demoralized and

12

condescended to daily – like staring at white walls , no
anonymity , freedom , craft or sport."  Later in the email,
MALIK writes, "helotry aside, i just want [A.A.'s family] to
repay the debt they owe me - theirs only two solutions butter in
[A.A.'s] asshole and $1,000,000.  i odn't see why [A.A.] doesn't
call me and say 'hi, i'm [A.A.], i'm going to come over to your
hotel room we'll put butter in my asshole and i'll breathe
through pleasant pain'.  i'm not [A.A.] so it's my question for
[A.A.], i never knew why she took pleasure from my pain and
hearbreak i just want her to repay the debt she owes me with
money and her asshole."  According to the subpoena from Google
LLC, MALIK logged into his keithshazadmalik@gmail.com email
account twice on the same day that he sent this email.  Both IP
addresses used to access MALIK's Gmail account were located in
New York City, New York.

    33.  On March 14, 2022, in an email from
keithshazadmalik@gmail.com to A.A., MALIK wrote "best case
scenario – I'm allowed to butter [A.A.'s] asshole and leave her
within two years seeing her breathe through pain would bring me
great joy – extremely unlikely like less than 1% chance.  Worst
case scenario – I'm raped until I experience gratitude for
indiscrimate violence or the threat of violence against my
person which isn't actually possible [A.A.] and I co-habitate
for thirty years and the next thirty years I'm heartbroken over
unequal access to violence – much more likely like over 50%
chance".  In the same email, MALIK writes, "not an easy life

13

lesson…. I'm looking at atleast 60 to 80 years heartbroken is my estimate , unless I'm allowed to butter [A.A.'s] asshole."

34.  On April 5, 2022, in an email to A.A., MALIK mentions "paying off the the debts the [A.A.'s family] owe me – [A.A.'s] asshole and one million dollars."

35.  On May 17, 2022, in an email from keithshazadmalik@gmail.com to A.A., MALIK wrote "I don't actually see the problem with that… like my forties to sixties sacrificed to [A.A.] still looks to me like the least painful exit possible.  If only because the [A.A.'s family] have control of State sponsored violence ive never had. Waht I know is the route to Los Angeles 2014 and restraining order was so out of the blue they were a violent shock.  Helot equals buttering [A.A.'s] asshole (I know that never happened) and the only conclusion for a political incarceration and ten year long political resocialization is I use [A.A.] for pornography (extremely unlikely like less than 1% chance)."  MALIK also included in this email an attachment of a photo of A.A.

36.  On May 22, 2022, in an email from keithshazadmalik@gmail.com to A.A., MALIK wrote "best case scenario in five years I use [A.A.'s] $1,000,000 trust fund for global real estate and we part ways at the age of 50.  Middle case scenario [A.A.] and I spend out 50s and 80s together. Worst case scenario I've go other option but to head to Portland Rescue Mission to shoot heroin on Tuesday – I still have a headache some mornings from the gang violence in Mexico City. The lack of any political rights and exercises – a headache from

heroin is going to be worse visceral pain then the arsenic in Utah and I can't prove that's not all I'm offered by Tuesday."

### D.   MALIK Extends His Harassment Campaign to A.A.'s Family Members

37.   On February 11, 2022, MALIK came to the family home of A.A. in New Jersey.  MALIK knocked on the front door of the house.  A.A.'s father, H.A., went to answer the door.  As H.A. went to answer the door, H.A. saw MALIK walk from the front door of the house towards the driveway.  When H.A. answered the door, MALIK was standing in the driveway.  MALIK asked H.A., "is [A.A.] home?"  H.A. told MALIK that A.A. did not live there. H.A. did not recognize MALIK until H.A.'s other daughter, J.A., recognized the individual as MALIK.  At that time, H.A. told MALIK to get away from the house and that MALIK "has done enough damage."

38.   Later that same day, on February 11, 2022, MALIK wrote an email to A.A. in which MALIK identified the street and town where A.A.'s parents lived and described his visit to A.A.'s childhood home.

39.   On March 7, 2022, MALIK sent a text message to A.A.'s mother, R.A., from a phone number +420 773 251 574, later determined to be associated with a cellular telephone company in the Czech Republic.  The text message stated: "[R.A.] you racist bitch send me your daughters number or I'm going to fuck your daughter's mouth just to hear her choke . I spent the last ten years breathing through pain because you're ignorant."

15

40.   On March 7, 2022, MALIK called A.A.'s mother from the same Czech-Republic-based phone number.  MALIK left a voicemail saying, "I'm looking for [A.A.'s] phone number, this is an address, this is Keith Malik.  Um, [A.A] owes me her um, asshole and I mean that literally and definitively.  I'll call back. Thank you."

41.   On May 3, 2022, A.A.'s father, H.A. received to telephone calls from (215) 940-5811.  The caller ID associated with this telephone number was MALIK.  MALIK did not leave a message.  Also on May 3, 2022, A.A. received a phone call from the same number belonging to MALIK.  A subpoena to AT&T for subscriber information for phone number (215) 940-5811 confirmed that MALIK is the subscriber of this phone number.

**E.    Identification of MALIK as the Sender of the Threatening Communications**

42.   MALIK sent all of his emails to A.A. using email addresses that reflect MALIK's actual name-- keithshazadmalik@gmail.com and keithmalik@gmail.com.

43.   Further, the contents of the email messages indicate the sender possesses an intimate familiarity with aspects of MALIK's lived experience that only MALIK would have.  For example, the messages reference MALIK's prior acquaintance with A.A., earlier instances of MALIK's harassment campaign, MALIK's encounter with FBI agents at the Portland airport, and MALIK's detention for violating a restraining order.

44.   In March 2022, FBI agents issued subpoenas to Google LLC ("Google") for subscriber information associated with email

16

address keithshazadmalik@gmail.com and keithmalik@gmail.com. The Google LLC subpoena return revealed IP Address login information, Google Pay information, and timestamps of logins for these two accounts.

45.   On April 5, 2022, MALIK sent an email from keithshazadmalik@gmail.com to A.A. with a picture attached. Based on my comparison of the picture to MALIK's driver's license photograph, the picture attached to the email appears to be MALIK.   In the same picture, MALIK is holding a Visa credit card in front of his mouth.   The credit card also has a photo, which appears to be MALIK, on the front of the credit card.   The last 12 numbers of the credit card are also visible, including the last four numbers--4969.   The Google subpoena returns for email address keithshazadmalik@gmail.com included credit card information for that account which had the same last twelve numbers as the card shown in the photo and in MALIK's name.

**F.   MALIK Sent Threatening Communications from Outside of California**

46.   On June 3, 2022, Google provided certain information regarding MALIK's Gmail accounts, including the IP Address he used to logon to Gmail on the days that he sent messages threatening sexual violence against A.A. from October 2021 to May 2022 (described in detail above).   Google provided the following information:

a.     On October 13, 2021, MALIK used IP Address 46.135.75.142 to logon to Gmail and send a threatening

17

message to A.A.  A public records search for this IP Address revealed that it was located in the Czech Republic.

        b.   On February 18, 2022, a last connection timestamp tied to MALIK used IP Addresses 2600:387:5:803::9e and 64.18.10.195.  A public records search for these IP Addresses revealed a location in New York City, New York.

        c.   On March 14, 2022, MALIK logged on to Gmail using IP Address 109.154.246.205.  This IP Address was identified for MALIK's first connection timestamp as well as last connection timestamp for the date of March 14, 2022.  A search for this IP Address revealed that it was located in the United Kingdom.

        d.   On April 5, 2022, a last connection timestamp tied to MALIK revealed MALIK using IP Addresses 85.255.235.42 and 86.171.120.247.  A search for these IP Addresses revealed that they were located in the United Kingdom.

## V.   CONCLUSION

47.   For all the reasons described above, there is probable cause to believe that MALIK has committed a violation of 18 U.S.C. § 875(c): Transmitting Threatening Communications in Interstate Commerce.


Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this _8th_ day of
June, 2022.



_____
UNITED STATES MAGISTRATE JUDGE
 JEAN P. ROSENBLUTH

19