UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 22-CR-00321-MCS | Date | October 25, 2022 |

Present: The Honorable   John E. McDermott, United States Magistrate Judge

Interpreter

| S. Lorenzo | | |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present Cust. Bond | Attorneys for Defendants: | Present App. Ret. |
|---|---|---|---|
| U.S.A v. Keith Shazad Malik | | | |

Proceedings: **(IN CHAMBERS) ORDER RE DEFENDANT KEITH SHAZAD MALIK'S APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (Dkt. 19, 20, 21)**

At his initial appearance after arrest in Kansas, Defendant Keith Shazad Malik ("Defendant") was ordered detained pending trial on July 13, 2022 based on flight risk and danger to the community. (Case No. 6:22-mj-06186-KGG (D. Kan.), (Dkt. 1, 6.)) Defendant committed multiple violent threat offenses against the victim in this case despite the entry of a restraining order and arrest for violating the restraining order. The Kansas Court specifically noted that there was a substantial danger to witnesses and the victim. (Dkt. 6 at 3.) On July 20, 2022, a grand jury in this District returned an indictment charging Defendant with one count of cyberstalking in violation of 18 U.S.C. §§ 2261(A)(2)(B), 2261(b)(5) and three counts of transmitting threatening communications in interstate commerce. (Dkt. 6.) On August 1, 2022, this Court ordered Defendant detained at a second detention hearing on both flight risk and danger to the community. (Dkt. 10, 16.) Defendant filed an Application for Bail Reconsideration ("Application") on October 21, 2022. (Dkt. 19, 20.). The Government filed an Opposition to the Application on October 21, 2022, based on both flight risk and danger. (Dkt. 21.) Pretrial Services also recommends denial of the Application on the basis of both flight risk and danger.

The Court DENIES the Application based on flight risk and danger. The only new information provided is the proffer of two unsecured bonds in the amount of $10,000 each from two sureties. These amounts are plainly insufficient to mitigate the danger to the victim and witnesses, if Defendant were to be released.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

      Defendant also proffered a property bond for a house recently purchased in Kansas with $85,000 equity but the Kansas judge and this Court both were aware of Defendant's home ownership and already found it to be insufficient to mitigate flight risk or danger.  Defendant, therefore, is not entitled to reconsideration.  18 U.S.C. § 3142(f).  The same is true of the District of Kansas PTRA which was available to the Kansas judge and this Court at both detention hearings.  Thus, the only new information is the two unsecured bonds of $10,000 each.

      The Court finds that "no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of any other person and the community."  18 U.S.C. § 3142(e)(1).

|  |  :  |  |
|---|---|---|
|  | Initials of Deputy Clerk | slo |