UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – SENTENCING AND JUDGMENT

( _____ Amended _____ )

Case No. 2:22-cr-00321-MCS-1                                   Date: August 21, 2023

Present: The Honorable: Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Katherine Stride | Kevin B. Reidy |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| Defendant | Custody | Bond | Counsel for Defendant | Retd | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Keith Shazad Malik | X | | Alejandros J. Barrientos | | X | | N/A |

PROCEEDINGS:   SENTENCING AND JUDGMENT      ☐ Contested  ☒ Non-Evidentiary
Day ___ (if continued from a prior hearing date)

☐ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.  X Refer to separate Judgment Order.
☐ Imprisonment for ___ years/months on each of count(s) _____
  Count(s) _____ concurrent/consecutive to count(s) _____
☐ Fine of $ _____ is imposed on each of count(s) concurrent/consecutive.
☐ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
☐ Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____
☐ ___ years/months Supervised Release/Probation imposed on count(s) _____
☐ consecutive/concurrent to count(s) _____
  under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
  ☐ Perform ___ hours of community service. ☐ Pay $ ___ fine amounts & times determined by P/O.
  ☐ Serve ___ in a CCC/CTC. ☐ Make $ ___ restitution in amounts & times determined by PO.
  ☐ Participate in a program for treatment of narcotic/alcohol addiction.
  ☐ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision.
    Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
  ☐ Other conditions: _____
☐ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
☐ Pay $ ___ per count, special assessment to the United States for a total of $ _____
☐ Imprisonment for ___ months/years and for a study pursuant to 18 USC _____
  with results to be furnished to the Court within ___ days/months whereupon the sentences shall be subject to modification. This matter is set for further hearing on _____
☐ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
☐ Defendant informed of right to appeal.
☐ ORDER sentencing transcript for Sentencing Commission. ☐ Processed statement of reasons
☐ Bond Exonerated ☐ upon surrender ☐ upon service of _____
☐ Execution of sentence is stayed until 12 noon, _____
  at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
☐ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
☐ Issued Remand/Release # _____
☐ Present bond to continue as bond on appeal. ☐ Appeal bond set at $ _____
☐ Filed and distributed judgment. ENTERED.
☐ Other _____

                                                                                                :23
                                                        Initials of Deputy Clerk  SMO