UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES – GENERAL

Case No.  **2:22-cr-00321-MCS-1**                    Date  March 7, 2025

Title  *United States v. Malik*

Present: The Honorable    Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Assistant United States Attorney(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

Proceedings:    (IN CHAMBERS) ORDER DENYING MOTION TO DISMISS (ECF NO. 106) AND SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR JUDICIAL RECOMMENDATION TO HOME CONFINEMENT

Defendant Keith Shazad Malik filed a motion for a judicial recommendation to home confinement on February 14, 2025. (Mot. for Rec., ECF No. 105.) The Government moves to dismiss Mr. Malik's motion. (Mot. to Dismiss, ECF No. 106.)

The Government's motion is denied. The Government offers no authority under which a party may move to dismiss another party's motion. In any event, the Government's argues that federal courts lack jurisdiction to review a placement decision by the Bureau of Prisons. (*See* Mot. to Dismiss 1–3.) That proposition may be true, but Mr. Malik does not seek review of a placement decision; instead, he seeks a judicial recommendation to the Bureau of Prisons concerning his placement. (*See* Mot. for Rec. 8–9.) That is relief the Court has authority to provide. *See* 18 U.S.C. § 3621(b)(4)(B) (requiring the Bureau of Prisons to consider the sentencing court's recommendation of "a type of penal or correctional facility as appropriate"); *United States v. Ceballos*, 671 F.3d 852, 856 n.2 (9th Cir. 2011) (noting district courts have "authority to make (or not make) non-binding recommendations to the Bureau of Prisons *at any time*" (emphasis added)).

The Court orders briefing on the merits of Mr. Malik's motion for a recommendation to home confinement. The Government shall file any response to the motion no later than April 7, 2025. Any reply by Defendant shall be filed no later than thirty-five (35) days after service of that opposition. Absent further order by the Court, no oral argument will be taken.

**IT IS SO ORDERED.**