| ✎PROB 22 (Rev. 01/24) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 2:22-CR-00321-MCS-1 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Central of California | Western |
| Mr. Keith Shazad Malik | NAME OF SENTENCING JUDGE | |
| REDACTED | Mark C. Scarsi | |
| Wichita, Kansas 67213 | DATES OF PROBATION/ SUPERVISED RELEASE | FROM          TO December 21, 2025   December 20, 2028 |

OFFENSE
Transmitting Threatening Communications in Interstate Commerce in violation of 18 U.S.C. § 875(c)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Per District of Kansas, transfer of jurisdiction is advantageous for person under supervision to be successful due to pro-social ties in the receiving district.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ CENTRAL _____ DISTRICT OF _____ CALIFORNIA _____

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>District of Kansas</u> upon that Court's order of acceptance of jurisdiction.   This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| April 6, 2026 | Mark C. Scarsi   *Mark C. Scarsi* |
|---|---|
| *Date* | *United States District Judge* |

 *This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ KANSAS _____

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| | |
|---|---|
| *Effective Date* | *United States District Judge* |